PHILLIP A. TALBERT
United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:21-po-00536-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO ) CONTINUE STATUS CONFERENCE |
| v. | ) DATE: March 9, 2022 |
| JENNIFER K. PRINCE, | ) TIME: 9:00 a.m. ) JUDGE: Hon. Kendall J. Newman |
| Defendant. | ) |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a status conference on March 9, 2022 at 9:00 a.m.

2. By this stipulation, the parties now jointly move to

///

///

///

///

continue the status conference to March 30, 2022 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: March 8, 2022          PHILLIP A. TALBERT
                              United States Attorney


                        By:   /s/ John Scanlon
                              JOHN E. SCANLON
                              Special Assistant U.S. Attorney


                              /s/ Linda Allison
                              LINDA C. ALLISON
                              Assistant Federal Defender
                              Counsel for Defendant
                              (*Approved via email on 3/8/2022*)


**FINDINGS AND ORDER**

IT IS SO ORDERED, that the status conference currently scheduled on March 9, 2022, at 9:00 a.m., shall be continued to March 30, 2022, at 9:00 a.m., to be held via video conference.

Dated:  March 8, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE